**Order entered January 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00456-CR

**JOHN ARLON MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-25128-K**

## ORDER

The Court **REINSTATES** this appeal.

On December 11, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On January 8, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the December 11, 2012 order requiring findings.

We **GRANT** the January 8, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/ DAVID W. EVANS
   JUSTICE